## 23505. KINNON v. MERCER.

QUILLIAN, Justice. J. B. Kinnon brought a suit for declaratory judgment against his daughter Mamie K. Mercer in Ware Superior Court. The petition prayed for no relief except the construction of a warranty deed from the wife of the plaintiff and the mother of the defendant, and a declaration as to whether the deed conveyed a fee simple estate in described lands to the plaintiff or a life estate to the plaintiff and a remainder estate to the defendant. *Held:*

An action for declaratory judgment is not per se an equitable proceeding. *Felton v. Chandler,* 201 Ga. 347 (39 SE2d 654); *Vidalia Production Credit Assn. v. Durrence,* 212 Ga. 432, 433 (93 SE2d 568); *Todd v. Conner,* 220 Ga. 173, 175 (137 SE2d 614). "Nor does the fact that a decision of the instant case will require the construction of a deed make this a case within the jurisdiction of this court." *Alderman v. Crenshaw,* 208 Ga. 71 (2) (65 SE2d 178). See *Lewis v. Fry,* 194 Ga. 842 (22 SE2d 817); *Mock v. Darby,* 219 Ga. 597 (134 SE2d 805).

This court does not have jurisdiction of an appeal where the only relief prayed in the case is the construction of a deed and declaratory judgment as to whether it conveys a fee simple estate or a life estate.

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED JUNE 13, 1966—DECIDED JUNE 23, 1966.

*Helms & Dismukes, Jack J. Helms,* for appellant.
*Kopp & Peavy, J. Edwin Peavy,* for appellee.